IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR
## COMPLAINT AND ARREST WARRANT

I, Manuel Figueroa-López, being first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") assigned to the San Juan Field Office. The USPIS has employed me in the Miami Division's San Juan Field Office since September 2024, and I have been a sworn law enforcement officer since February 2021. As a Postal Inspector, I am qualified to investigate the misuse of the postal system, including the trafficking of narcotics and illegal firearms using the U.S. Mail. Additionally, I am authorized by law or by a government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. I am currently assigned to the USPIS Contraband Interdiction and Investigation ("CI2") Team, where I am primarily responsible for investigations involving the illegal use of the U.S. Mail in the trafficking of narcotics and firearms. As a result, I have conducted investigations involving the transportation of firearms and controlled substances, as well as those involving proceeds derived from the distribution of firearms and controlled substances via the U.S. Mail, in violation of 18 U.S.C. §§ 922 (a)(1)(A) and (a)(3), and 1715, and 21 U.S.C. §§ 841 (a)(1), 843(b), and 846. As a Postal Inspector, I have also worked on investigations involving the use of the United States Postal Service (USPS) to launder and smuggle currency derived from specified unlawful activities, including narcotics distribution, in violation of 18 U.S.C. §§ 981, 982, 1956, and 1957, as well as 31 U.S.C. § 5325. Furthermore, I have participated in various interdiction operations targeting parcels containing illegal firearms, narcotics, and the proceeds thereof.

2. Before my tenure with the USPIS, I served as a Special Agent with the United States Secret Service ("USSS") from February 2021 to January 2024, where I investigated financial crimes and conducted protective operations. I also worked as a Special Agent with the Customs and Border Protection's (CBP's) Office of Professional Responsibility from January 2024 to September 2024, investigating misconduct within the CBP. Thus, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

3. This affidavit contains information necessary to support probable cause for an arrest warrant and criminal complaint for John Michael Martir-Rosado ("**MARTIR-ROSADO**"). Beginning on a date unknown, but not later than January 8, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court, John Michael Martir-Rosado, the defendant herein, did knowingly and intentionally, combine, conspire, and agree with others persons, known and unknown to the United States, to possess with intent to distribute a detectable amount of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II, Narcotic Drug Controlled Substance, all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(vi), and 846.

4. Furthermore, on or about January 8, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court, John Michael Martir-Rosado, the defendant herein, did knowingly and intentionally attempt to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II, Narcotic Drug Controlled Substance, in violation of 21 U.S.C. §§ 841(a) & (b)(1)(A)(vi), and 846.

5. Because this affidavit is submitted for the limited purpose of demonstrating probable cause, I have not included each and every fact observed by me or known to the government concerning this investigation. I have set forth only the facts believed necessary to establish probable cause that **MARTIR-ROSADO** committed violations of 21 U.S.C. §§ 841(a) & (b)(1)(A)(vi), and 846.

## **PROBABLE CAUSE**

6. On December 19, 2025, USPS Priority Mail Parcel 9405 5508 9956 1020 9253 03, hereinafter the "Subject Parcel", was removed from the mail stream by Postal Inspectors in San Juan, PR. The label on the Subject Parcel depicted return information as "David Jimenez, 7400 Parkway Dr, La Mesa, CA 91942", and was addressed to: "Michael R Ocasio Algarin, Calle Ciudad de las Lomas M3, Bayamon, PR 00959".

7. On December 29, 2025, Inspectors executed a Federal Search Warrant 25-1179 (M) for the Subject Parcel. The Subject Parcel contained approximately 1.196 Kg of an undetermined number of blue pills with impressions of an "M" and "30" on them.

8. An initial digital field test to the substance yielded a result for "Acetaminophen (Paracetamol), Cannot rule out presence of narcotic." Based on my training and experience, I know that illegally manufactured fentanyl frequently exhibits inconsistent or evolving chemical compositions, which may not be yet incorporated into digital field test databases. As a result, certain presumptive digital field tests may misidentify or fail to classify such substances as fentanyl.

9. In this instance, the affiant conducted two separate tests: a digital field analysis, which indicated a result consistent with acetaminophen, and a fentanyl-specific swab test which yielded a positive result for fentanyl. Based on my training and experience, I know that fentanyl-specific swab tests are designed to detect the presence of fentanyl or fentanyl analogues at trace levels, even when other field-testing methods yield negative or inconclusive results. In my experience, substances producing similar mixed presumptive results have subsequently been submitted for laboratory analysis and confirmed to contain fentanyl.

10. On January 7, 2026, the Honorable Giselle López-Soler, U.S. Magistrate Judge issued: (1) an anticipatory search warrant Case No. 26-005 (M) authorizing a search of the residence at M3 Calle Ciudad de las Lomas, Bayamon, PR 00959, hereinafter "Target Residence" or a "Target Vehicle" upon the Subject Parcel being placed to be transported, and (2) a tracking device warrant order authorizing placement of GPS and beeper devices inside the parcel. It is important to highlight that the GPS tracking device is placed in the parcel to ensure recovery of the parcel box as it was evidence of the crime of drug trafficking. As part of the controlled delivery preparation, Postal Inspectors also removed the controlled substance (fentanyl) and repackaged the USPS

parcel using the same parcel box and materials to ensure that it kept the exact characteristics as it was delivered. The repackaging is done in this manner to avoid raising suspicion among intended recipients. The USPS Parcel itself was known to Law Enforcement as evidence of a crime.

11. Between January 7 and January 8, 2026, your affiant, other USPIS members, and Drug Enforcement Administration (DEA) personnel prepared for a controlled delivery operation of the Subject Parcel at the Target Residence. On January 8, 2026, around 4:22 PM, a Subject, later identified as **MARTIR-ROSADO**, arrived at the Target Residence. Law enforcement personnel observed **MARTIR-ROSADO** picking up the Subject Parcel and placing it inside a blue Toyota 4Runner bearing Puerto Rico license plate JWJ229. DEA personnel stopped **MARTIR-ROSADO's** vehicle and proceeded to detain him.

12. Subsequently, USPIS and DEA personnel advised **MARTIR-ROSADO** of his Miranda Rights, in the Spanish language, at the DEA San Juan Field Office. **MIRANDA-ROSADO** stated that he understood his rights and voluntarily agreed to speak with law enforcement. During the interview, **MARTIR-ROSADO** admitted that he was expecting the Subject Parcel and acknowledged that he knew the Subject Parcel contained illegal drugs.

13. **MARTIR-ROSADO** further admitted that, as part of the drug scheme, he directed an individual identified as Individual A, to mail drug proceeds through the U.S. Mail and used Individual A's address to receive parcels containing controlled substances, while claiming he acted without Individual A's knowledge. Based on my training and experience, individuals involved in narcotics trafficking frequently rely on trusted associates and residential addresses to facilitate the receipt of controlled substances and the movement of drug proceeds, and such conduct is consistent with coordinated activity in furtherance of a drug trafficking conspiracy.

**INTENTIONALLY LEFT BLANK**

**CONCLUSION**

14. Beginning on a date unknown, but not later than January 8, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court, John Michael Martir-Rosado, the defendant herein, did knowingly and intentionally, combine, conspire, and agree with others persons, known and unknown to the United States, to possess with intent to distribute a detectable amount of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II, Narcotic Drug Controlled Substance, all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(vi), and 846.

15. Furthermore, on or about January 8, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court, John Michael Martir-Rosado, the defendant herein, did knowingly and intentionally attempt to possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II, Narcotic Drug Controlled Substance, in violation of 21 U.S.C. §§ 841(a) & (b)(1)(A)(vi), and 846.

16. Because this affidavit is submitted for the limited purpose of demonstrating probable cause, I have not included each and every fact observed by me or known to the government concerning this investigation. I have set forth only the facts believed necessary to establish probable cause that **MARTIR-ROSADO** committed violations of 21 U.S.C. §§ 841(a) & (b)(1)(A)(vi), and 846.

**INTENTIONALLY LEFT BLANK**

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_____
Manuel Figueroa-López
U.S. Postal Inspector
U.S. Postal Inspection Service

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone in San Juan, Puerto Rico, on January 9, 2026 at 11:50 a.m.

_____ Digitally signed by Hon. Giselle López-Soler
Hon. Giselle López-Soler
United States Magistrate Judge
District of Puerto Rico